UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
:
: INDICTMENT
UNITED STATES OF AMERICA :
: 13 CRIM 143
- v. -
:
JUDITH P. FADUL, :
        Defendant. :
:
:
- - - - - - - - - - - - - - - x



The Grand Jury charges:

### COUNT ONE

1. In or about September 2012, in the Southern District of New York and elsewhere, JUDITH P. FADUL, the defendant, knowingly, and with intent to defraud, did pass, utter, publish, and sell, and did attempt to pass, utter, publish, and sell, and with like intent did bring into the United States and kept in possession and concealed falsely made, forged, counterfeited, and altered obligations, and other securities of the United States, to wit, FADUL possessed counterfeit Federal Reserve Notes.

(Title 18, United States Code, Section 472.)

### COUNT TWO

2. In or about September 2012, in the Southern District of New York and elsewhere, JUDITH P. FADUL, the defendant, willfully and knowingly did draw, print, process, produce, publish, and otherwise make, and attempt or cause the same,

JUDGE SWAIN

within the United States, a false and fictitious instrument, document, and other item appearing, representing, purporting, and contriving through scheme and artifice, to be an actual security and other financial instrument issued under the authority of the United States, a foreign government, a State or other political subdivision of the United States, and an organization, to wit, FADUL printed fictitious Federal Reserve Notes purportedly issued by the United States.

(Title 18, United States Code, Section 514(a)(1).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUDITH P. FADUL,

Defendant.

### INDICTMENT

13 Cr.

(Title 18, United States Code, Sections
472 and 514(a)(1))

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

2/28/13 - Filed Indictment.
ac    Case assigned to Judge Swain.
                    Judge Maas
                       US M.J