UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

UNITED STATES OF AMERICA         :         NOTICE OF MOTION

      - v. -                  :         13 Cr. 143 (LTS)

JUDITH P. FADUL,                 :

      DEFENDANT.               :

-------------------------------x

    PLEASE TAKE NOTICE, that upon the annexed declaration of Jonathan Marvinny, Esq., and the attached exhibits and Memorandum of Law, the undersigned will move this Court, before the Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, suppressing evidence obtained in violation of the Fourth and Fifth Amendments to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such further relief as the Court deems just and proper.

Dated:    New York, New York
          July 1, 2013

                                    Respectfully submitted,
                                    Federal Defenders of New York, Inc.

                                    By: /s/_____
                                    **Jonathan Marvinny, Esq.**
                                    Attorney for Defendant
                                    **Judith Fadul**
                                    52 Duane Street – 10th Floor
                                    New York, New York 10007
                                    Tel.: (212) 417-8792

TO: PREET BHARARA, ESQ.
United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York, 10007
Attn: **Amy Garzon, Esq.**
Assistant United States Attorney