| Send | Paid | Recording | Recordir | Payer | Payee | Amount Paying | Payee |
|------|------|-----------|----------|-------|-------|---------------|-------|
| 06/18/2010 | 06/18/2010 | BURLINGTON | VT | LEON PARKER | JUDITH FADUL | 1010.00 | 2825 CLAFIN AVE |
| 06/26/2010 | 06/26/2010 | BURLINGTON | VT | GEORGE HAWLEY | JUDITH FADUL | 500.00 | 2825 CLAFLIN AVE |
| 07/30/2010 | 07/30/2010 | ESSEXJUNCTION | VT | KURT CHAMPAGNE | JUDITH FADUL | 2100.00 | 2855 CLAFLIN |
| 12/09/2010 | 12/09/2010 | ESSEXJUNCTION | VT | JOHN WALKER | JUDITH FADUL | 1700.00 | 2855 CLAFLIN AVE |
| 02/14/2012 | 02/14/2012 | BURLINGTON | VT | MATTHEW GARCIA | JUDITH FADUL | 200.00 | 2825 CLAFLIN AVE |
| 02/14/2012 | 02/14/2012 | BURLINGTON | VT | MATTHEW GARCIA | JUDITH FADUL | 800.00 | 2825 CLAFLIN AVE |
| 03/12/2012 | 03/12/2012 | BURLINGTON | VT | MATTHEW GARCIA | JUDITH FADUL | 1300.00 | 2835 CLAFLIN AVE |
| 05/01/2012 | 05/01/2012 | MILTON | VT | NICOLE BESSETTE | JUDITH FADUL | 750.00 | 2825 CLAFLIN AVE APT. |
| 05/06/2012 | 05/06/2012 | BURLINGTON | VT | ADAM WINTERS | JUDITH FADUL | 250.00 | |
| 05/08/2012 | 05/08/2012 | ESSEXJUNCTION | VT | LACHELLE LAROSE | JUDITH FADUL | 500.00 | 2855 CLAFLIN AVE |
| 05/29/2012 | 05/29/2012 | BURLINGTON | VT | ADAM WINTERS | JUDITH FADUL | 300.00 | 1515 MIAMI AVE |
| 06/14/2012 | 06/14/2012 | ESSEXJUNCTION | VT | LACHELLE LAROSE | JUDITH FADUL | 725.00 | 2825 CLAFLIN |
| 06/19/2012 | 06/19/2012 | BURLINGTON | VT | CHRIS RICHARDS | JUDITH FADUL | 226.00 | 2825 CLAFLIN |
| 06/22/2012 | 06/22/2012 | MILTON | VT | BERNARD WINER | JUDITH FADUL | 1250.00 | 2853 CLAFLIN AVE |
| 06/26/2012 | 06/26/2012 | ESSEXJUNCTION | VT | STEPHEN GALYEAN | JUDITH FADUL | 730.00 | 2855 CLAFIN AVE |
| 07/12/2012 | 07/12/2012 | MILTON | VT | NICOLE BESSETTE | JUDITH FADUL | 800.00 | 2825 CLAFLIN ABE |
| 07/17/2012 | 07/17/2012 | MILTON | VT | RENEE TURNER | JUDITH FADUL | 800.00 | 2855 CLAFFIN |
| 07/19/2012 | 07/19/2012 | BURLINGTON | VT | ADAM WINTERS | JUDITH FADUL | 400.00 | 2855 CLAFLIN AVE |
| 07/21/2012 | 07/21/2012 | MILTON | VT | DANIEL BOIVIN | JUDITH FADUL | 600.00 | 128 55 CLAFFIN AVE |
| 07/26/2012 | 07/26/2012 | BURLINGTON | VT | BRANDY MITCHELL | JUDITH FADUL | 1400.00 | 2855 CLAFLIN AVE |
| 08/05/2012 | 08/05/2012 | ESSEXJUNCTION | VT | RYAN CARPENTIER | JUDITH FADUL | 450.00 | 2855 CLAFIN AVE |
| 08/10/2012 | 08/11/2012 | MILTON | VT | SARA BENSON | JUDITH FADUL | 1000.00 | 2855 CLAFLIN |
| 08/11/2012 | 08/11/2012 | BURLINGTON | VT | PAUL BROWN | JUDITH FADUL | 800.00 | 2855 CLAFIN |
| 08/15/2012 | 08/15/2012 | MILTON | VT | SARA BENSON | JUDITH FADUL | 930.00 | 2855 CLAFIN AVENUE |
| 08/31/2012 | 08/31/2012 | MILTON | VT | CHRISTOPHER BARROWS | JUDITH FADUL | 814.00 | 2855 CLAFLIN AVE |
| 09/03/2012 | 09/03/2012 | BURLINGTON | VT | BRANDY MITCHELL | JUDY FADUL | 500.00 | 2855 CLAFLIN AVE 2B |
| 09/09/2012 | 09/09/2012 | MILTON | VT | SARA BENSON | JUDITH FADUL | 300.00 | 2855 CLAFIN AVE |
| 09/19/2012 | 09/19/2012 | MILTON | VT | DANIEL BOIVIN | JUDITH FADUL | 600.00 | 285 CLAFLINA AVE |
| 10/05/2012 | 10/06/2012 | BURLINGTON | VT | SARA BENSON | JUDITH FADUL | 500.00 | 2855 CLAFLIN AVE |
| 11/16/2012 | 11/16/2012 | ESSEXJUNCTION | VT | YAZMIN DELAROSA | JUDITH FADUL | 380.00 | 2855 CLAFLIN AVE |
| 11/23/2012 | 11/23/2012 | WINOOSKI | VT | DAVID MCGREGOR | KENNETH GARCIA | 250.00 | 3511 DEKALB |
| 12/27/2012 | 12/27/2012 | SWANTON | VT | ROBERT GREENIA | JUDITH FADUL | 830.00 | 2825 CLAFLIN AVE |
| 12/28/2012 | 12/28/2012 | SWANTON | VT | ROBERT GREENIA | JUDITH FADUL | 580.00 | 2825B CLAFIN |
| 12/31/2012 | 12/31/2012 | SWANTON | VT | ROBERT GREENIA | JUDITH FADUL | 325.00 | 2825 CLAFLIN AVE |
| 01/03/2013 | 01/03/2013 | SAINTALBANS | VT | DANIEL SWEET | JUDITH FADUL | 125.00 | 2825 CLAFFIN AVE |
| 01/24/2013 | 01/24/2013 | SAINTALBANS | VT | ADAM WINTERS | JUDITH FADUL | 550.00 | 2855 CLAFIN |

4