

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 1, 2014

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Fadul-Garcia, 13 Cr. 143 (JMF)**

Dear Judge Furman:

    We write in response to the defendant's sur-reply which the Government submits reflects a fundamental misrepresentation or misunderstanding of (1) the Government's expected trial evidence, and (2) the relevant legal standards. In order to facilitate the Court's understanding of the former issue, in particular, and in advance of a ruling on the need for an attenuation hearing, the Government would request a status conference at which attorneys for the Government with first-hand knowledge of both the nature of the Government's trial evidence and the manner in which that evidence was gathered can be heard and can answer any questions the Court may have with respect to these issues.

    Respectfully,

    PREET BHARARA
    United States Attorney

    By:  /s/_____
        Amy Garzon/Edward B. Diskant
        Assistant United States Attorneys
        Telephone:  (212) 637-2431/2294

cc:    Florian Miedel, Esq. (via electronic mail)
        Jonathan Marvinny, Esq. (via electronic mail)
        Daniel Parker, Esq. (via electronic mail)