**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2014

By ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Judith P. Fadul*, S2 13 Cr. 143 (JMF)

Dear Judge Furman:

In advance of Monday's sentencing, I write to supplement Judith Fadul's sentencing submission (filed November 10, 2014) with two additional letters of support. One is from Ms. Fadul's oldest child, Celeste Crespo; the other is from Ms. Fadul's former boss at H.S.C. Management, Michelle Baez.

Thank you for considering these additional letters.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
(212) 417-8792
jonathan_marvinny@fd.org


cc:   Edward B. Diskant, Esq. (by ECF)
      Drew Johnson-Skinner, Esq.
      Assistant United States Attorneys

Att: Nuni                                    11/14/2014

Dear honorable Judge Furman

    I want to start of saying I'm 24 years old, and a single mother myself. Now that I have custody of my twin brother's and my daughter it's hard to raise them on a minimum wage job and no help from family. My mother is really all we have. They have no father he's deceased. you take her away we are going to be so lost.

    My mother is a very loving person. Her heart is to big. Her raising us on her own was a big accomplishment. It's not as easy as it sounds. She always made sure we

Att: Nuni

had clothes, food, school supplies what ever we needed we could always count on her. Our family isn't perfect but we try to maintain the best we can. We all we have. The rest of our family lives out of New York. My family won't ever be the same after this situation but we trying to stay strong.

Anytime anyone ever needed anything my mother was there. I think she's very tuff undergoing everything she went threw. When my grandmother found out about my mother being pregnant with me she got kicked out with no where to go. She had to stay with friends until she got on her feet. She went to collage and finished with nobody's help. She always had a job there was always food on the table. All I can

Att: Nuni

Say is my mother feel in love with the wrong person this one time. Everyone makes mistakes in life and meeting him was my mother's biggest. It was lack of judgement. Like I said before she has a very big heart. But now more than ever me and my siblings really need her. It breaks my heart to see her and my little sister in this situation. They all I have. Please all I ask from you is to take it easy on her. Her twin boys need her and they shouldn't be going threw this at this age. It's breaking us apart. I don't know how much longer we can act as if we are ok. Thank you for your time and hopefully you can take everything I said into consideration.

*Celeste Crespo*

Good Afternoon Judge Furman,

I am writing on behalf of Ms. Judith Fadul who was employed with us from 2000 - 2012. Judy was hired as a receptionist and later moved up to being my assistant in which she assisted me in the day to day operations of the buildings we manage. Judy was very charismatic, energetic and a pleasure to work with. Her people person personality helped with her job as we deal with tenants/shareholders, supers and vendors all day long. Her presence in the office is still missed and talked about in a positive manner. She proved to be a dedicated and hard worker.

After working with Judy for 10 years we also developed a long term friendship in which I saw the person she really is which is a loving mother and care giver. Being a single mother of 4 kids and 1 grandchild (soon to be 2), Judy worked her behind off to always have food on the table even working overtime on the weekends and after hours. She was always there when a friend in need called. She is genuine and has a huge heart which I saw many take advantage of. It is unfortunate the situation she has been dragged into. I still cannot begin to believe the current circumstances as
I love Judy very much as a friend and only wish her the best. She will always have an open door at our establishment.

If you have any questions or need anything further from me to help her with her case please call me or email me. I can be reached on my cell at

Sincerely,

Michelle V. Baez
Executive Assistant to President


Yonkers, New York 10708